UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction. _____ THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON, Respondent, HELEN DOE, parent and next friend of Jane Doe; et al., Real Parties in Interest. | No. 23-70111 D.C. No. 4:23-cv-00185-JGZ District of Arizona, Tucson ORDER |

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus, or any other relief. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District*

*Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**